1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY W. SOTIN, ) | |
| ) | No. CV-10-140-LRS |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| SPOKANE COUNTY JAIL, ) | |
| CAPTAIN JOHN McGRATH, and ) | |
| NURSE JANE DOE, ) | |
| ) | |
| Defendants. ) | |

Good cause appearing and there being no objection from Defendants, Plaintiff's "Voluntary Dismissal Without Prejudice" (Ct. Rec. 17) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2).  This action is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward copies to Plaintiff and to counsel for Defendants.  The file shall be closed.

**DATED** this  20th  day of October, 2010.

*s/Lonny R. Suko*
LONNY R. SUKO
Chief United States District Judge

**ORDER OF DISMISSAL-**        **1**